**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHSEN TEYMOURI, | CV 22-7689 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

Pursuant to this Court's January 31, 2023, Minute Order granting the Motion to Dismiss filed by defendant United States Citizenship and Immigration Services ("Defendant") against Mohsen Teymouri ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant have their costs of suit.

DATED:  January 31, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE